Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–15584–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Paul J. Cavanaugh
125 Dey Grove Rd
Monroe Twsp, NJ 08831

JoAnn M. Cavanaugh
125 Dey Grove Rd
Monroe Twsp, NJ 08831

Social Security No.:
xxx–xx–1902

xxx–xx–9385

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 16, 2017.

On 6/20/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:       July 24, 2018
Time:       10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 21, 2018
JAN: vpm

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 16-15584-MBK
Paul J. Cavanaugh                                                 Chapter 13
JoAnn M. Cavanaugh
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2              Date Rcvd: Jun 21, 2018
                               Form ID: 185                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db             +Paul J. Cavanaugh,    125 Dey Grove Rd,    Monroe Twsp, NJ 08831-5803
jdb            +JoAnn M. Cavanaugh,    125 Dey Grove Rd,    Monroe Twsp, NJ 08831-5803
lm              PNC Mortgage,    E. Todd Chamberlain, CEO,    PO Box 1820,    Dayton, OH 45401-1820
517560553      +ACAR Leasing LTD d/b/a GM Financial Leasing,     PO Box 183853,    Arlington, TX 76096-3853
516133606      +AGAR Leasing LTD d/b/a GM Financial Leasing,     PO BOX 183692,    Arlington, TX 76096-3692
516078222      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
516078224      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516078225      +Cap1/l&t,    Po Box 30253,    Salt Lake City, UT 84130-0253
516334418      +Federal Home Loan Mortgage Corporation,     c/o PNC Mortgage, a division of PNC Bank,
                 Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
516078228       Furniturebar,    Cscl Dispute Team,    Des Moines, IA 50306
516078229      +GM Financial,    P.O Box 181145,    Arlington, TX 76096-1145
516078231      +PNC Bank,    1730 Oak Tree RD,    Edison, NJ 08820-2811
516309151      +PNC Bank N.A.,    PO Box 94982,    Cleveland, Oh 44101-4982
516078232      +PNC Mortgage,    C/O KML Law Group, P.C,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
516676925      +PNC Mortgage, a division of PNC Bank, NA,     Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
516286546       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2018 00:30:25      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 00:30:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
516165095       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2018 00:28:11
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
516078226      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2018 00:28:41
                 Capital One Bank Usa N,    Pob 30281,   Salt Lake City, UT 84130-0281
516307387      +E-mail/Text: bnc@bass-associates.com Jun 22 2018 00:29:25      Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516078230      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2018 00:29:31      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516190592      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 22 2018 00:30:21      MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
516334358       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:45:21
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
516334444       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:28:15
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,   POB 41067,   Norfolk VA 23541
516078233      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:27:34      Syncb/amer Eagle,   Po Box 965005,
                 Orlando, FL 32896-5005
516078234      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:28:31      Syncb/jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516078223*     +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
516078227*     +Capital One Bank Usa N,    Pob 30281,   Salt Lake City, UT 84130-0281
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 21, 2018
                              Form ID: 185             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Paul J. Cavanaugh rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert C. Nisenson    on behalf of Joint Debtor JoAnn M. Cavanaugh rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                         TOTAL: 5
```