Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16–15584–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Paul J. Cavanaugh | JoAnn M. Cavanaugh |
|---|---|
| 125 Dey Grove Rd | 125 Dey Grove Rd |
| Monroe Twsp, NJ 08831 | Monroe Twsp, NJ 08831 |

Social Security No.:
  xxx–xx–1902                      xxx–xx–9385

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 30, 2018.

On 12/26/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                  February 26, 2019
Time:                 10:00 AM
Location:           Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 27, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-15584-MBK
Paul J. Cavanaugh                                                           Chapter 13
JoAnn M. Cavanaugh
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Dec 27, 2018
                             Form ID: 185          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
```
db/jdb       +Paul J. Cavanaugh,   JoAnn M. Cavanaugh,   125 Dey Grove Rd,   Monroe Twsp, NJ 08831-5803
lm            PNC Mortgage,   E. Todd Chamberlain, CEO,   PO Box 1820,   Dayton, OH 45401-1820
517560553    +ACAR Leasing LTD d/b/a GM Financial Leasing,   PO Box 183853,   Arlington, TX 76096-3853
516133606    +AGAR Leasing LTD d/b/a GM Financial Leasing,   PO Box 183692,   Arlington, TX 76096-3692
516078222    +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
516078224    +Bby/cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
516078225    +Cap1/l&t,   Po Box 30253,   Salt Lake City, UT 84130-0253
516334418    +Federal Home Loan Mortgage Corporation,   c/o PNC Mortgage, a division of PNC Bank,
              Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
516078228     Furniturebar,   Cscl Dispute Team,   Des Moines, IA 50306
516078229    +GM Financial,   P.O Box 181145,   Arlington, TX 76096-1145
516078231    +PNC Bank,   1730 Oak Tree RD,   Edison, NJ 08820-2811
516309151    +PNC Bank N.A.,   PO Box 94982,   Cleveland, Oh 44101-4982
516078232    +PNC Mortgage,   C/O KML Law Group, P.C,   216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
516676925    +PNC Mortgage, a division of PNC Bank, NA,   Attn: Bankruptcy,   3232 Newmark Drive,
              Miamisburg, OH 45342-5421
516286546     Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA   50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 23:24:50   U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 23:24:47    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516165095     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2018 23:20:36
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516078226    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2018 23:19:54
              Capital One Bank Usa N,   Pob 30281,   Salt Lake City, UT 84130-0281
516307387    +E-mail/Text: bnc@bass-associates.com Dec 27 2018 23:23:44   Cavalry SPV I, LLC,
              c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
516078230    +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 27 2018 23:23:53   Kohls/capone,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
516190592    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 27 2018 23:24:46   MIDLAND FUNDING LLC,
              PO Box 2011,   Warren, MI 48090-2011
516334358     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2018 23:41:49
              Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
516334444     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2018 23:20:39
              Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,   Norfolk VA 23541
516078233    +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 23:31:06   Syncb/amer Eagle,   Po Box 965005,
              Orlando, FL 32896-5005
516078234    +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 23:31:17   Syncb/jcp,   Po Box 965007,
              Orlando, FL 32896-5007
                                                                           TOTAL: 11
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516078223*   +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
516078227*   +Capital One Bank Usa N,   Pob 30281,   Salt Lake City, UT 84130-0281
                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                          Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 27, 2018
                             Form ID: 185              Total Noticed: 26

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Robert C. Nisenson    on behalf of Debtor Paul J. Cavanaugh rnisenson@aol.com,
        nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
        Robert C. Nisenson    on behalf of Joint Debtor JoAnn M. Cavanaugh rnisenson@aol.com,
        nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                         TOTAL: 5