| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Paul J. Cavanaugh | Social Security number or ITIN  xxx–xx–1902 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | JoAnn M. Cavanaugh | Social Security number or ITIN  xxx–xx–9385 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:  16–15584–MBK | | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul J. Cavanaugh                              JoAnn M. Cavanaugh

11/6/20                                        **By the court:** Michael B. Kaplan
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Paul J. Cavanaugh  
JoAnn M. Cavanaugh  
    Debtor(s)

Case No. 16-15584-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 06, 2020      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul J. Cavanaugh, JoAnn M. Cavanaugh, 125 Dey Grove Rd, Monroe Twsp, NJ 08831-5803 |
| lm | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Mortgage, E. Todd Chamberlain, CEO, PO Box 1820, Dayton, OH 45401-1820 |
| 517560553 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516133606 | + | AGAR Leasing LTD d/b/a GM Financial Leasing, PO BOX 183692, Arlington, TX 76096-3692 |
| 516078224 | + | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 516078225 | + | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516334418 | + | Federal Home Loan Mortgage Corporation, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 518838652 | | NewRez LLC dba Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518838653 | | NewRez LLC dba Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC dba Shellpoint Mortgage Servi, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516309151 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank N.A., PO Box 94982, Cleveland, Oh 44101 |
| 516078231 | + | PNC Bank, 1730 Oak Tree RD, Edison, NJ 08820-2811 |
| 516078232 | + | PNC Mortgage, C/O KML Law Group, P.C, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 516676925 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2020 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2020 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2020 21:33:00 | PNC Mortgage, E. Todd Chamberlain, CEO, PO Box 1820, Dayton, OH 45401-1820 |
| 516078222 | + | EDI: TSYS2.COM | Nov 07 2020 01:58:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 516165095 | | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516078226 | + | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One Bank Usa N, Pob 30281, Salt Lake City, UT 84130-0281 |
| 516307387 | + | EDI: BASSASSOC.COM | Nov 07 2020 01:58:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 516078228 | | EDI: WFFC.COM | Nov 07 2020 01:58:00 | Furniturebar, Cscl Dispute Team, Des Moines, IA 50306 |
| 516078229 | + | EDI: PHINAMERI.COM | Nov 07 2020 01:58:00 | GM Financial, P.O Box 181145, Arlington, TX |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516078230 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 06 2020 21:33:00 | 76096-1145<br>Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 516190592 | + | EDI: MID8.COM | Nov 07 2020 01:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516309151 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2020 21:33:00 | PNC Bank N.A., PO Box 94982, Cleveland, Oh 44101 |
| 516334358 | | EDI: PRA.COM | Nov 07 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516334444 | | EDI: PRA.COM | Nov 07 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 516078233 | + | EDI: RMSC.COM | Nov 07 2020 01:58:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 516078234 | + | EDI: RMSC.COM | Nov 07 2020 01:58:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 516286546 | | EDI: WFFC.COM | Nov 07 2020 01:58:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516078223 | *+ | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 516078227 | *+ | Capital One Bank Usa N, Pob 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing ajennings@rasflaw.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor Federal Home Loan Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | |
| | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing hkaplan@rasnj.com  informationathnk@aol.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Robert C. Nisenson | |
| | on behalf of Joint Debtor JoAnn M. Cavanaugh r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Robert C. Nisenson | |
| | on behalf of Debtor Paul J. Cavanaugh r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |

TOTAL: 8