Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−15584−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Paul J. Cavanaugh | JoAnn M. Cavanaugh |
| 125 Dey Grove Rd | 125 Dey Grove Rd |
| Monroe Twsp, NJ 08831 | Monroe Twsp, NJ 08831 |

Social Security No.:
xxx−xx−1902                                              xxx−xx−9385

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 7, 2020                        Michael B. Kaplan
                                                Judge, United States Bankruptcy Court